PER CURIAM.
 

 ON ORDER TO SHOW CAUSE
 

 After denying Petitioner, Vincent Mitchell’s [“Mitchell”], Petition for Writ of Ha-beas Corpus, his seventh post-conviction challenge to his judgment and sentence in Fifth Circuit Case No. 2005-CF-001324, and determining that the petition was mer-itless, as were his preceding filings, we issued a
 
 Spencer
 

 [1]
 

 show cause order directing Mitchell to demonstrate why he should not be barred from further
 
 pro se
 
 challenges to his convictions and sentences in this case. Having considered Mitchell’s response and finding it to be unpersuasive, we conclude that he is abusing the judicial process and should be barred from further
 
 pro se
 
 filings. Therefore, we now prohibit Mitchell from filing with this Court any further
 
 pro se
 
 pleadings concerning Marion County, Fifth Circuit Case case number 2005-CF-001324. The Clerk of this Court is directed not to accept any further
 
 pro se
 
 filings from Mitchell concerning this case. Any additional pleading regarding this case will be summarily rejected by the clerk, unless filed by a member in good standing of The Florida Bar.
 
 See Johnson v. State,
 
 652 So.2d 980 (Fla. 5th DCA 1995). The clerk is further directed to forward a certified copy of this opinion to the appropriate institution for consideration of disciplinary procedures.
 
 See Simpkins v. State,
 
 909 So.2d 427, 428 (Fla. 5th DCA 2005); § 944.279(1), Fla. Stat. (2010).
 

 Future
 
 pro se
 
 filings PROHIBITED; Certified Opinion FORWARDED to Department of Corrections.
 

 GRIFFIN, ORFINGER and LAWSON, JJ., concur.
 

 [1]
 

 .
 
 State v. Spencer,
 
 751 So.2d 47 (Fla.1999).